The relief described hereinbelow is SO ORDERED

Done this 16th day of August, 2017.



*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

**KRISTEN ABSHER**                                    **Chapter 13**
                                                                                              **Case No. 17-30329-DHW**
       **Debtor**

## AGREED ORDER CONDITIONALLY DENYING RELIEF
## FROM THE AUTOMATIC STAY

      This matter having been set for hearing on July 31, 2017 upon the Motion for Relief from the Automatic Stay of Alabama Housing Finance Authority ("AHFA"), seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against property described as 209 Green Ridge Road, Montgomery, Alabama 36109, in Exhibit "A" of the Motion for Relief filed with the Court on July 5, 2017 ("Property"). Notice of the hearing was given. Based upon the consent of the parties, it is hereby

      **ORDERED, ADJUDGED AND DECREED** the motion is denied conditionally.

      **IT IS FURTHER ORDERED,** Debtor shall pay AHFA all post-petition payments (consisting of the April 2017 through July 2017 payments at $520.01 each), plus the attorney's fees of $600.00 and costs of $181.00, which totals $2,861.04.

      **IT IS FURTHER ORDERED,** Debtor's post-petition arrearage of $2,861.04 shall be placed in Debtor's Chapter 13 plan. Debtor's payments to the Chapter 13 Trustee are set at $67.00 WEEKLY and the fixed payment to AHFA shall be $55.00. The specified payment on court claim #5 is increased to $130.00 in order to maintain feasibility of the case.

**IT IS FURTHER ORDERED,** should AHFA fail to receive any regular monthly payments from Debtor (beginning August 2017) within the calendar month in which such payment comes due upon a twenty (20) day prior written notice of default to Debtor and Debtor's attorney, the stay will lift automatically without further order of this Court if such default is not cured within twenty days of the notice, and AHFA, its successors and/or assigns, are authorized to pursue applicable non-bankruptcy remedies with regard to the Property.

**IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This Order was reviewed and agreed to by Counsel for Debtor and Trustee.

Order Drafted by:
Bowdy J. Brown
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, AL  36103-4539
(334) 532-3400
bbrown@sasserlawfirm.com